IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL BROWN,

    Plaintiff,                    No. 2:12-cv-0797 KJN P

    vs.

SCOTT KERNAN, et al.,          ORDER and

    Defendants.            FINDINGS & RECOMMENDATIONS

_____/

        By orders filed March 29, 2012 (Dkt. No. 3), and May 10, 2012 (Dkt. No. 5), plaintiff was accorded until June 8, 2012, to file an amended complaint and application to proceed in forma pauperis. That deadline has expired, and plaintiff has not filed either matter or otherwise communicated with the court.

        Accordingly, IT IS HEREBY ORDERED that the Clerk of Court randomly assign a district judge to this action.

        Additionally, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, petitioner may file written

1  objections with the court.  The document should be captioned "Objections to Magistrate Judge's
2  Findings and Recommendations."  Any response to the objections shall be filed and served
3  within fourteen days after service of the objections.  Petitioner is advised that failure to file
4  objections within the specified time may waive the right to appeal the District Court's order.
5  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
6  DATED:  June 25, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

10  brow0797.fifp.fta